IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10396
Summary Calendar
_____

AMBROSE ONYE ESOGBUE,

                                        Petitioner-Appellant,

versus

ARTHUR E. STRAPP, District Director, INS,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-1630-H
--------------------
March 16, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Ambrose Onye Esogbue, prisoner # 89158, appeals from the denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The district court dismissed Esogbue's § 2241 application for lack of jurisdiction because his appeal of the deportation order was still pending before the Board of Immigration Appeals (BIA).  The judgment of the district court is AFFIRMED.  All outstanding motions are DENIED.

    AFFIRMED; MOTIONS DENIED.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.